# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GEORGE DESALES MORSE,

    Petitioner,                              Case No. 3:12-CV-00038-HDM-(WGC)

vs.                                              **ORDER**

WARDEN PALMER, et al.,

    Respondents.

    Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted a petition for a writ of habeas corpus (#1).  He did not submit an application to proceed in forma pauperis, nor did he pay the filing fee of five dollars ($5.00).

///
///
///
///
///
///
///
///
///
///

1        IT IS THEREFORE ORDERED petitioner shall file an application

2   for leave to proceed in forma pauperis, accompanied by a signed

3   financial certificate and a statement of his inmate account.  The

4   clerk of the court shall send petitioner a blank application form

5   for incarcerated litigants.  In the alternative, petitioner shall

6   make the necessary arrangements to pay the filing fee of five

7   dollars ($5.00), accompanied by a copy of this order.  Petitioner

8   shall have thirty (30) days from the date that this order is

9   entered to comply.  Failure to comply will result in the dismissal

10  of this action.

11       DATED: January 24, 2012.

12

13  _____

14  HOWARD D. MCKIBBEN
    United States District Judge