1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

9  GEORGE DESALES MORSE,

10      Petitioner,                    Case No. 3:12-CV-00038-HDM-(WGC)

11  vs.                                **ORDER**

12  WARDEN PALMER, et al.,

13      Respondents.

14

15      Petitioner, who is in the custody of the Nevada Department of

16  Corrections, has submitted a petition for a writ of habeas corpus

17  (#1).  He did not submit an application to proceed <u>in forma</u>

18  <u>pauperis</u>, nor did he pay the filing fee of five dollars ($5.00).

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    IT IS THEREFORE ORDERED petitioner shall file an application

2 for leave to proceed <u>in forma pauperis</u>, accompanied by a signed

3 financial certificate and a statement of his inmate account. The

4 clerk of the court shall send petitioner a blank application form

5 for incarcerated litigants. In the alternative, petitioner shall

6 make the necessary arrangements to pay the filing fee of five

7 dollars ($5.00), accompanied by a copy of this order. Petitioner

8 shall have thirty (30) days from the date that this order is

9 entered to comply. Failure to comply will result in the dismissal

10 of this action.

11    DATED: January 24, 2012.

12

13                          _____

14                          HOWARD D. MCKIBBEN
                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28