# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DESALES MORSE,<br>    Petitioner,<br>vs.<br>WARDEN PALMER, et al.,<br>    Respondents. | Case No. 3:12-CV-00038-HDM-(WGC)<br><br>**ORDER** |

Petitioner having filed an unopposed motion for an enlargement of time (first request) (#10), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (first request) (#10) is **GRANTED**. Petitioner shall have through October 15, 2012, to file a first amended petition.

DATED:   August 20, 2012.

_____
HOWARD D. MCKIBBEN
United States District Judge