# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE DESALES MORSE,

    Petitioner,

vs.

WARDEN PALMER, et al.,

    Respondents.

Case No. 3:12-CV-00038-HDM-(WGC)

**ORDER**

    Petitioner having filed an unopposed motion for an enlargement of time (first request) (#10), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (first request) (#10) is **GRANTED**. Petitioner shall have through October 15, 2012, to file a first amended petition.

    DATED:   August 20, 2012.

_____
HOWARD D. MCKIBBEN
United States District Judge