**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GEORGE DESALES MORSE,

    Petitioner,

vs.

WARDEN PALMER, et al.,

    Respondents.

Case No. 3:12-cv-00038-HDM-WGC

**ORDER**

Petitioner has filed a first amended petition (#14). The court has reviewed it, and respondents will need to file a response. pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

///
///
///
///
///
///
///
///
///

1  IT IS THEREFORE ORDERED that respondents shall have forty-five
2 (45) days from the date of entry of this order to answer or
3 otherwise respond to the first amended petition (#14).  If
4 respondents file and serve an answer, then they shall comply with
5 Rule 5 of the Rules Governing Section 2254 Cases in the United
6 States District Courts, and then petitioner shall have forty-five
7 (45) days from the date on which the answer is served to file a
8 reply.
9  DATED: February 27, 2013.

_____
 HOWARD D. MCKIBBEN
 United States District Judge