UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DESALES MORSE,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN PALMER, et al.,<br><br>    Respondents. | Case No. 3:12-cv-00038-HDM-WGC<br><br>**ORDER** |

In this long-closed action, petitioner has filed, pro se, an application to proceed in forma pauperis (ECF No. 41) and a motion for withdrawal of attorney and transfer of records (ECF No. 42). Although the action is still closed, counsel still represents petitioner. Petitioner needs to make those requests through counsel. LR IA 11-6(a).

IT THEREFORE IS ORDERED that the clerk of the court shall **STRIKE** the application to proceed in forma pauperis (ECF No. 41) and the motion for withdrawal of attorney and transfer of records (ECF No. 42).

DATED: December 12, 2018.

_____
HOWARD D. MCKIBBEN
Senior United States District Judge

1